# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2025

## NO. 03-23-00465-CV

**Justin Miller and Chiptarmil LLC, Appellants**

**v.**

**Elisa Rios, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the final summary judgment signed by the trial court on May 2, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's final summary judgment and remands the case to the trial court for further proceedings consistent with this Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.